*Boris R. Nektalov*
*Attorney at Law*

*101-05 Lefferts Boulevard*
*Richmond Hill, New York 11419*

*Ronald Krome*
*Legal Assistant*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2021

boris.nektalov@gmail.com

February 2, 2021

Via ECF

Honorable Victor Marrero
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States of America v. Albert Marutyan**
Indict. No. 20-Cr-00652

Dear Judge Marrero:

Please accept this communication to act as our application to modify the defendant's bail conditions to permit Mr. Marutyan to relocate to Los Angeles County within the confines of the Central District of California.

The defendant's current bond is in the amount of $200,000 PRB with two sureties, and the defendant is required to wear an LM bracelet at all times and travel and residence restricted to the Southern District of New York, Eastern District of New York and the District of New Jersey.

This application has been discussed with A.U.S.A., Benet Kearney, who defers to Pre-Trial Services on this issue and has no objection to the granting of this application. Pre Trial Officer, Bernica M. Mejia, has no objections to granting of this application. Suren Marutyan and Albert Todevosyan, as the sureties, are aware of the request modification and consent to the granting of this application.

The bail modification requested herein is granted.

SO ORDERED.

2/3/2021
DATE          VICTOR MARRERO, U.S.D.J.

Very truly yours,

*Boris R Nektalov*

**BORIS R. NEKTALOV**

USPSO Bernica M. Mejia (Via Email)