```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                                      :
UNITED STATES OF AMERICA              :

      -against-                          :    ORDER    1:20-cr-00652-VM-2

     Albert Marutyan                :

     Defendant                        :
--------------------------------------X

Victor Marrero, United States District Judge:

ORDERED that the defendant's conditions of release be modified to include substance abuse testing and treatment as directed by Pretrial Services.

Dated: New York, New York
March 17, 2021

SO ORDERED

*/s/ Victor Marrero*
Victor Marrero
U.S.D.J.