*Boris R. Nektalov*
*Attorney at Law*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2021

*101-05 Lefferts Boulevard*
*Richmond Hill, New York 11419*

*Ronald Krome*
*Legal Assistant*

(718) 849-7272
Fax: (718) 805-1411

*Boris.Nektalov@gmail.com*

May 25, 2021

Via ECF

Honorable Victor Marrero
United States District Court Judge
500 Pearl Street
New York, New York 10007

    Re:    <u>United States of America v. Albert Marutyan</u>
           Indict.   No.   20-Cr-00652-VM-8

Dear Judge Marrero:

    We are respectfully requesting a temporary modification to defendant's bail conditions permitting him to stay in the State of New York from May 28, 2021 to June 27, 2021, to visit his doctor.

    Mr. Marutyan needs to receive medical attention from his New York physician on the following dates: May 28, 2021, June 4, 2021, June 11, 2021, June 18, 2021 and June 25, 2021.

    While in New York, he will be staying with his mother in Brooklyn, New York.

    Assistant United States Attorney Benet Kearney as well as Pre-Trial Services Officer Christen Rudd have no objections to the granting of this application.

Respectfully submitted,

*Boris R. Nektalov*
**BORIS R. NEKTALOV**

---

The request is granted. Defendant Albert Marutyan's bail conditions are modified to allow him to stay in New York State from 5/28/21 to 6/27/21.

**SO ORDERED.**

5/26/2021
DATE

VICTOR MARRERO, U.S.D.J.