# Boris R. Nektalov
## Attorney at Law

101-05 Lefferts Boulevard
Richmond Hill, New York 11419

(718) 849-7272
Fax: (718) 805-1411

Ronald Krome
Legal Assistant

Boris.Nektalov@gmail.com

January 31, 2023

Via ECF

Honorable Victor Marrero
United States District Court Judge
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/02/2023
```

Re:   **United States of America v. Albert Marutyan**
       **Indict.   No.  20-Cr-00652-VM-8**

Dear Judge Marrero:

Please accept this communication to act as our application to temporally modify Albert Marutyan's bail conditions and permitting Pre Trial Services to release Mr. Marutyan's United States passport to his defense attorney for a period of one week (February 6, 2023, through February 13, 2023) for purposes of assisting Mr. Marutyan with his CDL license.

This application was discussed with Assistant United States Attorney Emily Deininger and Pre Trial Services who do not object to the granting of this application.

Respectfully submitted,

BORIS R. NEKTALOV

cc: A.U.S.A Emily Deininger (Via ECF)

Request **GRANTED.** Defendant's bail conditions shall be temporarily modified for the purpose specified above.

**SO ORDERED.**

02/02/2023
DATE

VICTOR MARRERO, U.S.D.J.