```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA             :     **ORDER**
:
 -v.-                                :     20 Cr. 652 (VM)
:
ALBERT MARUTYAN,                     :
:
　　　Defendant.                      :
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

　　　　WHEREAS, with the consent of defendant Albert Marutyan, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on May 30, 2023;

　　　　WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

　　　　WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, and that there was a factual basis for the guilty plea;

　　　　IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is set for October 27, 2023 at 1:00 p.m.

SO ORDERED.

Dated:　　　New York, New York
　　　　　　July 14, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE VICTOR MARRERO
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE