# Boris R. Nektalov
## Attorney at Law

101-05 Lefferts Boulevard  
Richmond Hill, New York 11419

(718) 849-7272  
Fax: (718) 805-1411

Ronald Krome  
Legal Assistant

Boris.Nektalov@gmail.com

September 8, 2023

Via ECF

Honorable Victor Marrero  
United States District Court Judge  
500 Pearl Street  
New York, New York 10007

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 09/12/23

Re: **United States of America v. Albert Marutyan**  
Indict. No. 20-Cr-00652-VM-8

Dear Judge Marrero:

Please accept this communication to act as our application to temporarily modify Mr. Marutyan's bail conditions to permit his travel throughout the East Coast of the United States, for purposes of employment as an electrician setting up electrical charging terminals. The States Mr. Marutyan will travel for his employment include Massachusetts, Connecticut, New York, New Jersey, Pennsylvania, Delaware, Maryland, Virginia, North Carolina, South Carolina, Georgia and Florida.

Assistant United States Attorney Emily Deininger and Pre-Trial Services Officer Francesca Piparato, have no objections to the granting of this application so long as Mr. Marutyan informs Pre-Trial Services of his travel arrangements in advance and informs them upon his return.

Respectfully submitted,

**BORIS R. NEKTALOV**

Cc: A.U.S.A Emily Deininger (Via ECF)  
Pre-Trial Services Officer Francesca Piparato

Request **GRANTED**. The above-referenced request is granted, subject to the terms recommended by Pretrial Services.

SO ORDERED.  
09/12/23  
DATE   VICTOR MARRERO, U.S.D.J.