```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

               Plaintiff,

- against -

ALBERT MARUTYAN,

               Defendant.

**20 Cr. 652 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

Upon consideration of the parties' letters to the Court (see Dkt. Nos. 315-16) regarding a proposed adjournment of Defendant's sentencing proceeding, currently scheduled for October 27, 2023, the Court hereby adjourns the sentencing proceeding to January 5, 2024, at 2 p.m.

**SO ORDERED.**

Dated:    5 October 2023
            New York, New York

_/s/ Victor Marrero_
Victor Marrero
U.S.D.J.