```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

      - against -

ALBERT MARUTYAN,

               Defendant.

**20 Cr. 652 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Upon consent of the parties, the sentencing currently scheduled for January 5, 2024 at 2 PM is hereby rescheduled for the same day at 11 AM.

**SO ORDERED.**

Dated:    2 January 2024
            New York, New York

_____
Victor Marrero
U.S.D.J.

1