*Boris R. Nektalov*
*Attorney at Law*

101-05 Lefferts Boulevard
Richmond Hill, New York 11419

(718) 849-7272
Fax: (718) 805-1411

Ronald Krome
Legal Assistant

Boris.Nektalov@gmail.com

March 15, 2024

Via ECF

Honorable Victor Marrero
United States District Court Judge
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 3/18/24

Re:   **United States of America v. Albert Marutyan**
      **Indict.   No.  20-Cr-00652-VM-8**

Dear Judge Marrero:

Please accept this communication to act as our application to respectfully request that Mr. Marutyan surrender to the Bureau of Prisons on April 14, 2024, instead of the previous date of April 1, 2024, as ordered on February 24, 2024.

This request is being made due to the fact Mr. Marutyan would like to assist his wife with their newborn baby during her recover from caesarean delivery on March 13, 2024.

The Government has been informed of this request in advance and does not object.

Respectfully submitted,

BORIS R. NEKTALOV

cc: A.U.S.A Emily Deininger (Via ECF)



**SO ORDERED.**

3/18/2024

**DATE**

VICTOR MARRERO, U.S.D.J.