*Boris R. Nektalov*
*Attorney at Law*

*101-05 Lefferts Boulevard*
*Richmond Hill, New York 11419*

*Ronald Krome*
*Legal Assistant*

*(718) 849-7272*
*Fax: (718) 805-1411*

*Boris.Nektalov@gmail.com*

April 10, 2024

Via ECF

Honorable Victor Marrero
United States District Court Judge
500 Pearl Street
New York, New York 10007

Request **GRANTED.**
Defendant shall surrender no later than Apr. 28, 2024 at 2 PM.

**SO ORDERED.**
4/11/24
DATE                    VICTOR MARRERO, U.S.D.J.

Re:   **United States of America v. Albert Marutyan**
      **Indict.  No. 20-Cr-00652-VM-8**

Dear Judge Marrero:

Please accept this communication to act as our application to extend Mr. Marutyan's self-surrender date from April 14, 2024, to April 28, 2024.  We make this request in efforts to re-designate Mr. Marutyan to a facility in California or anywhere else on the west coast closest to his family.   It has come to our attention that the Bureau of Prisons designated McKean Satellite Camp, located in the state of Pennsylvania, as his current prison, due in part, to the fact that the facility was using his previous Brooklyn address.

We are requesting a two week adjournment in efforts to get BOP to reassign Mr. Marutyan to a facility on the west coast where his family now resides.

A.U.S.A Emily Deininger is aware of this application and has no objections.   His Probation Officer Francesca Piparato does object.

Respectfully submitted,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   4/11/24

**BORIS R. NEKTALOV**

cc: A.U.S.A Emily Deininger (Via ECF)